UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – NORTHERN DIVISION

In the Matter of: BETTY NYQUIST
Protected Individual/Principal

Josh Nyquist,

     Plaintiff,

v.

Christine A. Pierquet, and
Jason Baumgartner,

     Defendants.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Christine A. Pierquet and Jason Baumgartner hereby remove to the United States District Court for the Western District of Michigan, Northern Division, the Michigan state court action, Case No. 25-GA-23601, pending in the Circuit Court of Delta County, Michigan, as described below. The basis for removal is diversity jurisdiction pursuant to 28 U.S.C. § 1332:

### INTRODUCTION

1.    Josh Nyquist filed a "verified petition"[1] alleging causes of action for conversion and unjust enrichment, and interference with fiduciary duties against Pierquet and Baumgartner. A true and correct copy of Petitioner's Verified Petition is attached hereto as **Exhibit A**.

---

[1] Josh Nyquist filed a "verified petition" as opposed to a civil complaint in an apparent attempt to shortcut the legal process and obtain ex parte relief.  However, any review of the "verified petition" and its allegations reveals that it is a "verified petition" in name only and alleges solely civil causes of action.  Therefore, Pierquet and Baumgartner disregarded Josh Nyquist's label and treated the "verified petition" like the civil complaint that it is in substance.

1

2.      Jason Baumgartner was purportedly served by publication on or about April 20, 2026, and the time has not yet elapsed within which Respondents are permitted to remove this action, and therefore this Notice of Removal is filed in a timely manner. 28 U.S.C. § 1446(b).

3.      The United States District Court for the Western District of Michigan has jurisdiction over this action under 28 U.S.C. § 1332, and this action is removable under 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and papers or exhibits filed in the Circuit Court of Delta County, Michigan are appended to this Notice as **Exhibit B** (excluding Petitioner's Verified Petition, attached as **Exhibit A**).

5.      Venue is proper in this district, under 28 U.S.C. § 1446(a), because this district embraces the place in which the removed action is pending.

6.      Written notice of the filing of the Notice of Removal will be promptly served on Josh Nyquist's counsel and a copy will be filed promptly with the Circuit Court of Delta County, Michigan pursuant to 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Removal to Federal Court is attached hereto as **Exhibit C.**

### DIVERSITY OF CITIZENSHIP EXISTS

7.      Pursuant to 28 U.S.C. § 1332(a)(1), diversity of citizenship exists because: (a) Josh Nyquist is a citizen of Michigan and was so at the time the removal petition was filed; and (b) Pierquet and Baumgartner are citizens of Wisconsin and were so at the time of the removal petition's filing.

### THE AMOUNT IN CONTROVERSEY EXCEEDS $75,000

8.      Federal diversity jurisdiction also requires that an amount more than $75,000.00, exclusive of interest and costs, be in controversy. *See* 28 U.S.C. § 1332(a).

9.      The verified petition alleges that the "accounts at issue include, but are not limited" to:

     a.  Edward Jones Account (approximate balance: $2,919.82).

     b.  Transamerica Annuity (approximate value: $59,883.93).

     c.  Thrivent Financial Mutual Fund Account (approximate value: $17,591.56).

*See* **Exhibit A**.

10.    The verified petition alleges that the Respondents, or one of them has converted the before-noted "accounts at issue…."

11.    Accordingly, the amount at issue exceeds $75,000.00.

WHEREFORE, further proceedings in this action should be discontinued, and this action shall be removed to the United States District Court for the Western District of Michigan, Northern Division.


Dated this 11th day of May, 2026.

Respectfully submitted,

MENN LAW FIRM LTD.
2501 E. Enterprise Ave.
Appleton, WI 54913
Telephone: (920) 915-5096
jacob-sundelius@mennlaw.com

By:    *Electronically Signed by Magnus Zaunmueller*
Magnus Zaunmueller
Wisconsin State Bar No. 1116491
*Counsel for Defendants*